PAUL D. TURNER
Attorney at Law
State Bar Number: 99174
350 B Street, Suite 3100
San Diego, California 92101
Telephone: (619) 231-2001
ptlaw@cox.net

Attorney for Defendant, CARLOS LOPEZ-GARCIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
( Hon. James M. Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS LOPEZ-GARCIA,<br><br>Defendant. | Case No.  08 CR 0712-L<br><br>NOTICE OF MOTION AND MOTION TO:<br><br>**1) Compel Discovery, and**<br>**2) For an Extension to File Additional Motions**<br><br>Date:  June 30, 2008<br>Time: 2:00 p.m. |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and DAVID D. LESHNER, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on Monday, June 30, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, by counsel, PAUL D. TURNER, will bring the below listed motions.

**MOTIONS**

The defendant, CARLOS LOPEZ-GARCIA, by counsel, PAUL D. TURNER, and pursuant to Fed. R. Crim. P. 16 and the Fifth and Sixth Amendments to the United States

Constitution, hereby moves this Court to:

**1) Compel Discovery; and**

**2) To file additional motions.**

These motions are based upon the instant motions and notice of motions, the attached memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the Court's attention prior to or during the hearing on these motions.

Dated: June. 13, 2008                               /s/ Paul D. Turner

                                                    _____
                                                    PAUL TURNER
                                                    Attorney for Defendant, CARLOS LOPEZ-GARCIA
                                                    ptlaw@cox.net