# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### ( Hon. James M. Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08 CR 0712-L |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE BY E-MAIL |
| ) | |
| vs. ) | |
| ) | |
| CARLOS LOPEZ-GARCIA, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, the undersigned declare as follows:

am a citizen of the United States and am at least eighteen years of age.  My business address is 350 W. Ash Street, Suite 105, San Diego, California, 92101.

I am employed in the County of San Diego, over eighteen years of age and not a party to the above-entitled action.  I have caused the following Notice of Motion and Motion to Compel Discovery and To File Additional Motions to be e-filed with the court and have notified the interested parties in the within by e-mail via Electronic Case Filing (ECF) to :

Office of the U.S. Attorney, David D. Leshner, David.Leshner@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 13, 2008 at San Diego, CA 92101.


Dated: June 13, 2008               /s/ Paul D. Turner

_____
PAUL TURNER
Attorney for Defendant, CARLOS LOPEZ-GARCIA
ptlaw@cox.net