**FILED**
AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS LOPEZ-GARCIA, <br><br> Defendant. | Criminal Case No. 08-CR-0712-L <br><br> **WAIVER OF TRIAL BY JURY** <br><br> Date: August 26, 2008 <br> Time: 9:00 a.m. |

I, CARLOS LOPEZ-GARCIA ("Defendant"), have been named in an Indictment charging me with Deported Alien Found in the United States in violation of 8 U.S.C. § 1326. I have been advised of my rights to a trial by jury. I hereby waive in open court a trial by jury and request the Court to try the charge under 8 U.S.C. § 1326 without a jury.

Dated: 8-11-08

_Carlos Lopez-Garcia_
CARLOS LOPEZ-GARCIA
Defendant

///
///
///
///

Translated by: Danielle Leyva
on 8/11/08

The undersigned attorney represents that, prior to the signing of the foregoing waiver, Defendant was fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, and the right to request special findings in a case tried without a jury; and further represents that, in his opinion, the above-waiver by Defendant of trial by jury is voluntarily and understandingly made, and recommends to the Court that the waiver be approved.

Dated: 8-11-08

PAUL TURNER
Counsel for Defendant

The United States Attorney hereby consents that the case be tried without a jury.

KAREN P. HEWITT
United States Attorney

Dated: 8/12/08

DAVID D. LESHNER
Assistant U.S. Attorney

IT IS SO ORDERED
DATED 8/13/08

UNITED STATES DISTRICT JUDGE

2

06CR1197-JAH